IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:13-CR-50-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DAMIEN ANTWON EVANS, | ) | |
| | ) | |
| Defendant. | ) | |

This case comes before the court on defendant's pro se motion (D.E. 51) for replacement of his counsel, Leza Lee Driscoll ("Driscoll"). The court held a hearing on the motion today, at which it questioned extensively both defendant and Driscoll. The government took no position on the motion.

Based on its questioning of defendant and Driscoll at the hearing and its consideration of other relevant portions of the record, the court finds that a substantial breakdown of the attorney-client relationship in this case has occurred, resulting in a total lack of communication preventing an adequate defense going forward. *See United States v. Reevey*, 364 F.3d 151, 156 (4th Cir. 2004); *accord United States v. Lee*, No. 08-4485, 2010 WL 4034001, at *1 (4th Cir. 15 Oct. 2010) (citing *Reevey*). Defendant has not previously sought a change of counsel. In addition, he filed his motion within about two weeks after entry of his guilty plea (*see* 29 Oct. 2013 Minute Entry (D.E. 47)), and his sentencing hearing is set for the 11 February 2014 term of court (*see* Sent. Sch. Order (D.E. 50) 1). The motion is therefore timely. The court concludes that allowing the motion will not prejudice its "interest in the orderly administration of justice." *Reevey*, 364 F.3d at 157; *accord Lee*, 2010 WL 4034001, at *1 (quoting *Reevey*).

Accordingly, for good cause shown, defendant's motion (D.E. 51) for replacement of counsel is ALLOWED, and the Federal Public Defender's Office is DIRECTED to appoint new counsel for defendant as soon as practicable but in no event later than 16 December 2013. New counsel for defendant shall enter a notice of appearance within two days after appointment, and Driscoll's appearance as counsel for defendant shall be deemed withdrawn upon the filing of new counsel's notice of appearance (without need of any motion by Driscoll or separate order for her withdrawal). The Clerk is DIRECTED to serve a copy of this order on the Federal Public Defender today.

SO ORDERED, this 12th day of December 2013.

_____
James E. Gates
United States Magistrate Judge